IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 16-40029-SMY |
| vs. | ) |
| NATASHA C. MANN, | ) Title 21, United States Code, |
| | ) Sections 841 and 846 |
| Defendant. | ) Title 18, United States Code, Section 2 |

**INDICTMENT**

FILED
MAY 03 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

**Count 1**
**Conspiracy to Distribute MDMA**

From in or about December 2015, through on or about March 22, 2016, in Williamson County, within the Southern District of Illinois, and elsewhere,

**NATASHA C. MANN,**

defendant herein, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing a detectable amount of MDMA (3,4-Methylenedioxymethamphetamine), commonly referred to as "Ecstasy," a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
for JAMES L. PORTER
Acting United States Attorney

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond: Detention